DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00299-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| KARINA ARCEO aka Karina Gutierrez, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 13, 2023, at 1:00 p.m., may be continued until February 28, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced over 65,000 pages of discovery to defense counsel, which includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through February 28, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  December 6, 2023

*/s/ Darryl Young*
Darryl Young
Counsel for Karina Arceo

Dated:  December 6, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KARINA ARCEO aka Karina Gutierrez,<br><br>Defendants. | Case No. 1:22-cr-00299-ADA-BAM<br><br>ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 13, 2023, at 1:00 p.m., is continued until **February 28, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through February 28, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **December 7, 2023**        /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE