PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| KARINA ARCEO aka Karina Gutierrez, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for February 28, 2024, may be continued until May 8, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced over 65,000 pages of discovery to defense counsel, which includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties will be ready to schedule a trial date at the May 8, 2024, status conference if a trial becomes necessary. The parties agree that time under the Speedy Trial Act shall be excluded through May 8, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  February 21, 2024         /s/ Darryl Young
                                  Darryl Young
                                  Counsel for Karina Arceo

Dated:  February 21, 2024         /s/ Joseph Barton
                                  JOSEPH BARTON
                                  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| KARINA ARCEO aka Karina Gutierrez, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for February 28, 2024, is continued until **May 8, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through May 8, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **February 22, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE