DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile:  (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:22-cr-00299-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE CHANGE OF PLEA DATE; ORDER |
| v. | |
| Karina Arceo, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference set for August 14, 2024 at 1:00 pm before Magistrate McAuliffe may be advanced for a Change of plea on July 29, 2024 at 9:00 a.m. before a District Court Judge.  The parties agree that the ends of justice served by taking this action outweigh the best interests of the public, as the defense and will need additional time to prepare.  The parties agree that time under the Speedy Trial Act shall be excluded through July 29, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated:  May 21, 2024

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Karina Arceo

Dated:  May 21, 2024

*/s/ Joseph D. Barton*
Joseph D. Barton
Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile:  (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00299-NODJ-BAM |
| Plaintiff, | ORDER |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

Upon the Parties' stipulation, the Status Conference scheduled for August 14, 2024, at 1:00 p.m., may be advanced for a Change of Plea on **July 29, 2024, at 9:00 a.m. in Courtroom 5 before the District Court Judge**.  For good cause shown, time under the speedy trial act is excluded through July 29, 2024, for defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **May 24, 2024**        /s/ Barbara A. McAuliffe
                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2