PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION RE ORIGINAL PLEA AGREEMENT |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

On July 29, 2024, the defendant, Karina Arceo, attended a change of plea hearing and pleaded guilty pursuant to a plea agreement that she entered into with the government. Ms. Arceo had previously signed the plea agreement, but she did not also sign the factual basis for the agreement.

During the change of plea hearing, Ms. Arceo was provided with a filed copy of the plea agreement and signed the factual basis on that copy. She then verified her signature and confirmed to the Court that the factual basis was accurate.

///

///

The Court maintained this copy of the plea agreement, and the parties now agree that this copy may be treated as the original plea agreement in this case.

   IT IS SO STIPULATED.

Dated: July 30, 2024          */s/ Darryl Young*
                    Darryl Young
                    Counsel for Karina Arceo

Dated: July 30, 2024          */s/ Joseph Barton*
                    Joseph Barton
                    Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER RE ORIGINAL PLEA AGREEMENT |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the copy of the filed plea agreement on which the defendant, Karina Arceo, signed the factual basis during the July 29, 2024, change of plea hearing will be treated as the original plea agreement in this case.

IT IS SO ORDERED.

DATED: July 31, 2024

_____
Troy L. Nunley
United States District Judge