DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-NODJ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; AND ORDER |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Sentencing scheduled for November 6, 2024, at 9:00 a.m. before the Honorable Todd W. Robinson, may be continued to December 17, 2024, at 9:00 a.m. before the No District Court Judge. The parties agree that the ends of justice served by taking this action outweigh the best interests of the public, as the defense will need additional time to prepare for sentencing.

Dated: October 15, 2024

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Karina Arceo

Dated: October 15, 2024

*/s/ Arelis Clemente*
Arelis Clemente
Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile:  (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. KARINA ARCEO, Defendant. | Case No. 1:22-cr-00299-NODJ  ORDER |
|---|---|

Upon the Parties' stipulation and for good cause shown, the Sentencing scheduled for November 6, 2024, at 9:00 a.m., shall be continued to **December 17, 2024, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **October 15, 2024**         /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2