PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00299-JCC-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS REMAINING COUNTS IN INDICTMENT; ORDER |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

On July 29, 2024, the defendant, Karina Arceo, pleaded guilty to Counts One and Eight of the Indictment in this case pursuant to a plea agreement with the government. On December 17, 2024, Ms. Arceo was sentenced on those counts. Accordingly, the government moves to dismiss the remaining counts in the Indictment, Counts Two through Seven, without prejudice.

Dated: December 17, 2024         */s/ Joseph Barton*
                                 Joseph Barton
                                 Arelis Clemente
                                 Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00299-JCC-BAM |
|---|---|
| Plaintiff, | ORDER TO DISMISS REMAINING COUNTS IN INDICTMENT |
| v. | |
| KARINA ARCEO, | |
| Defendant. | |

Upon the government's motion and for good cause shown, the remaining counts in the Indictment, Counts Two through Seven, are dismissed without prejudice.

It is so ORDERED this 17th day of December 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE